UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILLYSTINA ROGERS on behalf of D.P.F.R.,<br><br>        Plaintiff,<br><br>-against-<br><br>CYNTHIA LOPEZ; MICHAEL MILLSAP; NEW ALTERNATIVES FOR CHILDREN,<br><br>        Defendants. | 24-CV-1142 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 15, 2024
    New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
              Chief United States District Judge